# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

January 5, 2017

*Via CM/ECF*

The Honorable Denise Cote
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Serendip LLC v. Atkin*, 16-CV-08790-DLC

Your Honor:

    On behalf of the parties to this litigation, we write to request that Your Honor endorse the enclosed scheduling stipulation extending the deadline for Defendant to respond to Plaintiff's complaint to February 24, 2017, two weeks after the initial case management conference currently scheduled for February 10, 2017.

    Assuming that service was adequately made, the current deadline is January 10, 2017. This the first request for an extension, and Plaintiff consents to the adjournment.

                                    Respectfully submitted,

                                    */s/ Joshua J. Libling*

                                    Joshua J. Libling

                                    *Counsel for Defendant*

cc:    All counsel (*via CM/ECF*)

enclosure