**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SERENDIP LLC,

                *Plaintiff*,

    -against-                    16-CV-08790-DLC

HUGH MURRAY ATKIN,            **STIPULATION AND ORDER TO ADJOURN TIME TO RESPOND TO COMPLAINT**

                *Defendant*.

WHEREAS plaintiff Serendip LLC ("Plaintiff") contends that it served a summons and complaint on defendant Hugh Murray Atkin ("Defendant") in Australia; and

WHEREAS, if proper service was made, the deadline for Defendant to file a response to the complaint is January 10, 2017;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendant as follows:

1. Defendant shall file its answer, counterclaims, motion to dismiss, or otherwise respond to Plaintiff's complaint by February 24, 2017, two weeks from the Initial Case Management Conference currently scheduled for February 10, 2017.

2. Nothing in this stipulation shall be construed as a consent to jurisdiction or a waiver of any argument against jurisdiction.

Facsimile or electronic signatures hereto shall be treated as originals.

Dated: New York, New York
January 5, 2017

| | |
|---|---|
| */s/ Annemarie Franklin* | */s/ Joshua I. Schiller* |
| Annemarie Franklin | Joshua I. Schiller |
| PO Box 1024 Cooper Station | Joshua J. Libling |
| New York, New York 10276 | BOIES, SCHILLER & FLEXNER LLP |
| Tel: (212) 475-1630 | 575 Lexington Avenue |
| sdenim@nyc.rr.com | New York, NY 10022 |
| | Tel: (212) 446-2300 |
| *Attorney for Plaintiff Serendip LLC* | Fax: (212) 446-2350 |
| | jischiller@bsfllp.com |
| | jlibling@bsfllp.com |
| | |
| | *Attorneys for Defendant Hugh Murray Atkin* |

So Ordered:

_____
Hon. Denise Cote
U.S.D.J.