UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

SERENDIP LLC,

        Plaintiff,

vs.

HUGH MURRAY ATKIN,

        Defendant.

-------------------------------------------------------- x

16 CV 08790 (DLC)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2017

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel for Plaintiff Serendip LLC hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Hugh Murray Atkin.

Date:     New York, New York
          January 28, 2017

                                                  By: _____s/_____
                                                  **Annemarie Franklin (AF-3933)**

So ordered.
/s/ Denise Cote
2/3/17

Annemarie Franklin, Esq.
PO Box 1024 Cooper Station
New York NY 10276-1024
212-475-1630
sdenim@nyc.rr.com

*Attorney for Plaintiff*